AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

▶ OSCAR ERNESTO ROMERO-ROMERO, JR.

**DISTRICT COURT NUMBER**

CR 07 0711

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70657

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Tarek J. Helou

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year  10/23/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

[Stamps: MMC; FILED; RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

OSCAR ERNESTO ROMERO-ROMERO, JR.,

CR 07   0711   MMC

DEFENDANT.

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

Indict

A true bill.

_Bonnie O'Grady_
Foreman

Filed in open court this _____ day of 11/8/2007

_R. Scott_
Clerk

Bail $ No process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,      ) No. CR 07 - 0711
13 |     Plaintiff,                 ) VIOLATION: 8 U.S.C. § 1326 – Illegal
                                    ) Reentry Following Deportation
14 |     v.                         )
15 | OSCAR ERNESTO ROMERO-ROMERO,   ) SAN FRANCISCO VENUE
   | JR.,                           )
16 |                                )
17 |     Defendant.                 )
18 |                                )

19                         INDICTMENT

20  The Grand Jury charges:

21       On or about February 4, 2004, the defendant,

22              OSCAR ERNESTO ROMERO-ROMERO, JR.,

23  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

24  October 23, 2007, was found in the Northern District of California, the Attorney General of the

25  United States and the Secretary of Homeland Security not having expressly consented to a

26  //

27  //

28  //

INDICTMENT

1 re-application by the defendant for admission into the United States, in violation of Title 8, United
2 States Code, Section 1326.

4 DATED: 11/08/07                                     A TRUE BILL.

                                                     /s/ Bonnie O'Grady
                                                     FOREPERSON

7 SCOTT N. SCHOOLS
  United States Attorney

10 /s/ Kyle F. Waldinger
   KYLE WALDINGER
   Deputy Chief, Major Crimes Division

12 (Approved as to form: /s/ _____ )
                        AUSA HELOU

INDICTMENT