UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: _____

Case No. _CR-07-0711 mmc_          JUDGE:    **Maxine M. Chesney**

_OSCAR ERNESTO ROMERO-ROMERO_          Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

_TAREK HELOU_                    _JODI LINKER_
U.S. ATTORNEY                ATTORNEY FOR DEFENDANT

Deputy Clerk: **THACY LUCERO**          Reporter: _MARGO GURULE_

**PROCEEDINGS**

REASON FOR HEARING    _INITIAL STATUS CONFERENCE_

RESULT OF HEARING    _Δ's COUNSEL JUST RECEIVED TAPES of
PREVIOUS PROCEEDINGS & REQUESTS
ADDITIONAL TIME TO REVIEW & PREPARE
CASE._

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
                (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _1/16/08  C 2:30_ for _CHANGE OF PLEA OR
                                    STATUS CONFERENCE_

EXCLUDABLE DELAY (Category) _of
COUNSEL_  _PREPARATION/CONTINUITY_  Begins _DEC  5 2007_ Ends _1/16/08_