UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES



Date: JAN 1 6 2008

Case No. CR-07-0711 MMC    JUDGE: **Maxine M. Chesney**

OSCAR ERNESTO ROMERO-ROMERO    Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

TAREK HELOU                     JODI LINKER
U.S. ATTORNEY                   ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**    Reporter: MARGO GUEULE

## PROCEEDINGS

REASON FOR HEARING  STATUS CONFERENCE

RESULT OF HEARING  △'s Counsel needs additional time to investigate to establish △'s US Citizenship.

Case continued to  2/13/08 @ 2:30  for Further Status. / Trial setting
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins JAN 1 6 2008  Ends 2/13/08