UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: FEB 13 2008

Case No. CR-07-0711 MMC            JUDGE: Maxine M. Chesney

OSCAR ERNESTO ROMERO-ROMERO    Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

TAREK Helou                          Jodi Linker
U.S. ATTORNEY                        ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**        Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Δ's Counsel requests additional time to allow for investigation RE: citizenship.

Case continued to 4/9/08 @ 2:30 for Further Status. or Trial Setting Conf.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins FEB 13 2008 Ends 4/9/08