UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 09 2008

E-filing

Case No. CR-07-0711 MMC          JUDGE: **Maxine M. Chesney**

DEFENDANT: OSCAR ERNESTO ROMERO-ROMERO   Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: TAREK HELOU

ATTORNEY FOR DEFENDANT: JODI LINKER

Deputy Clerk: **TRACY LUCERO**

Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Δ's Counsel has not completed review of Δ's citizenship status. Govt to provide Δ's counsel access to the "A" files of Δ's parents.

Case continued to 4/30/08 @ 2:30 for Further Status. or possible motion scheduling conference
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 09 2008 Ends 4/30/08

(5 min)