UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 30 2008

Case No. CR-07-0711 MMC            JUDGE: **Maxine M. Chesney**

OSCAR ERNESTO ROMERO-ROMERO  Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

TAREK HELOU                                         JODI LINKER
U.S. ATTORNEY                                    ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**           Reporter: MARGO GURULE

## PROCEEDINGS

REASON FOR HEARING    Further Status or Motion Setting Conference

RESULT OF HEARING    Δ's counsel was provided with some of Δ's parents "A" file today from AUSA. Δ's counsel requests additional time to review documents w/ Δ.

Case continued to  5/14/08 @ 2:30  for Further Status. RE: discovery
Case continued to _____ for Motions.
            (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins 4/30/08  Ends 5/14/08