1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMERO-ROMERO
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR-07-711 MMC
                                )
12         Plaintiff,            )   STIPULATION AND [PROPOSED]
                                )   ORDER TO CONTINUE STATUS
13 v.                           )   CONFERENCE
                                )
14 OSCAR ERNESTO ROMERO-ROMERO, )
   JR.,                         )
15                              )
           Defendant.            )
16                              )
   _____)
17

18     A status conference in the above-captioned case is scheduled before this Court for

19 Wednesday, May 14, 2008 at 2:30 pm. Counsel for defendant recently learned that she will be

20 out of town on business at that time and therefore unavailable for the status conference.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

Stip. & [Proposed] Order to Continue          1

1  Accordingly, the parties hereby jointly stipulate to continue the status conference in this
2  matter for one week until May 21, 2008 at 2:30 pm.  The parties further agree that the additional
3  time should be excluded under the Speedy Trial Act to allow for effective preparation of counsel,
4  as well as continuity of counsel.

5  IT IS SO STIPULATED.

7  ___5/9/08_____          _____/s/_____
   DATED                              TAREK HELOU
8                                     Assistant United States Attorney

10
   ____5/9/08_____          _____/s/_____
11 DATED                              JODI LINKER
                                      Assistant Federal Public Defender
12

13  IT IS SO ORDERED.

15  _____              _____
    DATED                            MAXINE M. CHESNEY
16                                   United States District Judge

Stip. & [Proposed] Order to Continue                2