1 | BARRY J. PORTMAN
  | Federal Public Defender
2 | JODI LINKER
  | Assistant Federal Public Defender
3 | 19th Floor Federal Building
  | 450 Golden Gate Avenue
4 | San Francisco, CA 94102
  | Telephone: (415) 436-7700
5 |
  | Counsel for Defendant ROMERO-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-711 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| OSCAR ERNESTO ROMERO-ROMERO, JR., | ) | |
| Defendant. | ) | |

A status conference in the above-captioned case is scheduled before this Court for Wednesday, May 14, 2008 at 2:30 pm. Counsel for defendant recently learned that she will be out of town on business at that time and therefore unavailable for the status conference.

///
///
///
///
///
///

Stip. & [Proposed] Order to Continue        1

1   Accordingly, the parties hereby jointly stipulate to continue the status conference in this
2   matter for one week until May 21, 2008 at 2:30 pm.  The parties further agree that the additional
3   time should be excluded under the Speedy Trial Act to allow for effective preparation of counsel,
4   as well as continuity of counsel.
5       IT IS SO STIPULATED.

7   ___5/9/08_____         _____/s/_____
    DATED                            TAREK HELOU
8                                    Assistant United States Attorney

10
    ___5/9/08_____         _____/s/_____
11  DATED                            JODI LINKER
                                     Assistant Federal Public Defender

13      IT IS SO ORDERED.

15  _May 12, 2008_____            _____
    DATED                            MAXINE M. CHESNEY
16                                   United States District Judge

Stip. & [Proposed] Order to Continue            2