UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

E-filing

Date: **MAY 21 2008**

Case No. **CR-07-0711 MMC**     JUDGE: **Maxine M. Chesney**

**OSCAR ERNESTO ROMERO-ROMERO**
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

**TAREK HELOU**
U.S. ATTORNEY

**JODI LINKER**
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**     Reporter: **MARGO GURULE**

### PROCEEDINGS

REASON FOR HEARING   **Further Status re: Discovery**

RESULT OF HEARING    **Counsel will work out any outstanding discovery issues.**

Case continued to _____ for Further Status.
Case continued to **7/30/08 @ 2:30** for Motions. **(Δ's motion to Dismiss)**
(Motion due **6/11**, Opposition due **7/2**, Reply Due **7/16**)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) **Preparation of Counsel** Begins **MAY 21 2008** Ends **7/30/08**

**(10 min)**