1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant ROMERO-ROMERO
6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    No. CR-07-711 MMC
                                       )
11              Plaintiff,             )    [PROPOSED] ORDER PERMITTING
                                       )    DEFENDANT ACCESS TO EVIDENCE
12      v.                             )    TAPES
                                       )
13  OSCAR ERNESTO ROMERO-ROMERO,       )
    JR.,,                              )
14                                     )
                Defendant.             )
15  _____

16
          TO:    UNITED STATES MARSHALL, ALAMEDA COUNTY SHERIFF, AND ALL
17               SERGEANTS AND DEPUTY SHERIFFS AT THE GLENN E. DYER
                 DETENTION FACILITY AND SANTA RITA JAIL
18
          Good cause appearing, it is HEREBY ORDERED that defendant Oscar Ernesto Romero-
19
    Romero, Jr. may have in his possession at the Glenn E. Dyer Detention Facility and/or Santa Rita
20
    Jail a non-AM/FM tape cassette player and evidence tapes directly associated with the
21
    above-captioned case. The cassette player and tapes shall be provided to Mr. Romero-Romero
22
    by his attorney, Assistant Federal Public Defender Jodi Linker, or by Ms. Linker's representative
23
    from the Federal Public Defender's Office.
24
          IT IS SO ORDERED.
25
    DATED: _____          _____
26                                    MAXINE M. CHESNEY
                                      United States District Judge

CR-07-0711 MMC;
ORD. PERMITTING TAPES IN JAIL          1