1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant ROMERO-ROMERO
6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    No. CR-07-711 MMC
                                       )
11              Plaintiff,             )    [PROPOSED] ORDER PERMITTING
                                       )    DEFENDANT ACCESS TO EVIDENCE
12      v.                             )    TAPES
                                       )
13  OSCAR ERNESTO ROMERO-ROMERO,       )
    JR.,,                              )
14                                     )
                Defendant.             )
15  _____

16

        TO:    UNITED STATES MARSHALL, ALAMEDA COUNTY SHERIFF, AND ALL
17             SERGEANTS AND DEPUTY SHERIFFS AT THE GLENN E. DYER
               DETENTION FACILITY AND SANTA RITA JAIL
18
        Good cause appearing, it is HEREBY ORDERED that defendant Oscar Ernesto Romero-
19
    Romero, Jr. may have in his possession at the Glenn E. Dyer Detention Facility and/or Santa Rita
20
    Jail a non-AM/FM tape cassette player and evidence tapes directly associated with the
21
    above-captioned case.  The cassette player and tapes shall be provided to Mr. Romero-Romero
22
    by his attorney, Assistant Federal Public Defender Jodi Linker, or by Ms. Linker's representative
23
    from the Federal Public Defender's Office.
24
        IT IS SO ORDERED.
25
    DATED:  _ May 23, 2008 ___
26
                                              MAXINE M. CHESNEY
                                              United States District Judge