1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney

6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 436-7071
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov

9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )  CR No. 07-711 MMC
                                      )
17       Plaintiff,                   )  STIPULATION AND [PROPOSED]
                                      )  PROTECTIVE ORDER UNDER FED. R.
18    v.                              )  CRIM. P. 16
                                      )
19 OSCAR E. ROMERO-ROMERO, JR.,       )
                                      )
20       Defendant.                   )
   _____)

21

22      On May 21, 2008, the parties in this case appeared before the Court and addressed the

23 need for the following protective order.  After that hearing, at which both parties were heard, the

24 Court issues the following Protective Order, to which both parties have stipulated.

25                        **PROTECTED MATERIAL**

26      The government has provided defense counsel with documents from A-Files related to

27 individuals other than the defendant.  Those documents are bates-labeled USA-000419 through

28 USA-000851, and are the "Protected Material."  Pending the issuance of this Order, defense

STIP. & [PROPOSED] PROTECTIVE ORDER
CR 07-711 MMC                                                                          1

1  counsel agreed to guard the confidentiality of those documents by complying with the terms of a

2  letter sent by government counsel on May 19, 2008.

3  **PROTECTIVE ORDER**

4  Pursuant to Federal Rule of Criminal Procedure 16, good cause exists for entry of a

5  protective order for the above-described documents and disclosure of these materials shall be

6  subject to the following restrictions:

7  **1.    Protected Material**

8  Possession of copies of the Protected Material is limited to: (1) attorneys for defendant

9  Oscar E. Romero-Romero, Jr., specifically Jodi Linker and other attorneys at the Northern

10  District of California Office of the Federal Public Defender; and (2) their respective

11  investigators, experts, and paralegals.  Those people are collectively referred to as the "Defense

12  Team."

13  The Defense Team shall not provide copies of the Protected Material to any other person

14  except the defendant, and only in conjunction with their defense of him in this case.  At no time

15  will any copies of the Protected Material be left in the custody of any person other than the

16  defendant.  The Defense Team is prohibited from using the Protected Material for any purpose

17  other than defending the defendant in this case.  The defendant must return all copies of

18  Protected Material to the Defense Team after the termination of this case.

19  The Defense Team may show copies of the Protected Material to witnesses or potential

20  witnesses, but only in conjunction with their defense of the defendant in this case.

21  Further, the defendant's attorneys shall provide the defendant and all members of the

22  Defense Team with a copy of this Order.

23  This Order shall be binding on all subsequent attorneys who represent the defendant in

24  this case and on any other person who becomes a member of the Defense Team or comes into

25  possession of Protected Material.

26  If Protected Material is used in court filings, it shall be filed under seal, and no further

27  order from the Court is required to file such documents under seal.

28  / /

STIP. & [PROPOSED] PROTECTIVE ORDER
CR 07-711 MMC                                                                                              2

1

**2.     Non-termination**

2      The provisions of this Order shall not terminate at the conclusion of this prosecution but

3    only upon further order of this Court.

4

5

6    SO STIPULATED:

7
                                              JOSEPH P. RUSSONIELLO
8                                             United States Attorney

9

10   DATED: June 10, 2008                              /s/
                                              TAREK J. HELOU
11                                            Assistant United States Attorney

12

13   DATED: June 10, 2008                              /s/
                                              JODI LINKER
14                                            Attorney for Defendant Oscar Romero-Romero, Jr.

15

16

17
     SO ORDERED.
18

19
     DATED:_____
20                                            THE HONORABLE MAXINE M. CHESNEY
                                              United States District Judge
21

22

23

24

25

26

27

28

STIP. & [PROPOSED] PROTECTIVE ORDER
CR 07-711 MMC                                                                              3