```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JODI LINKER
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone:  (415) 436-7700
 5
    Counsel for Defendant ROMERO-ROMERO
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  No. CR-07-711 MMC
                                     )
12               Plaintiff,          )  NOTICE OF MANUAL FILING
                                     )
13  v.                               )
                                     )
14  OSCAR ERNESTO ROMERO-ROMERO,     )
    JR.,                             )
15                                   )
                 Defendant.          )
16  _____)
```

## MANUAL FILING NOTIFICATION

Regarding: EXHIBIT K TO THE DECLARATION OF JODI LINKER AUTHENTICATING DOCUMENTS RECEIVED IN DISCOVERY FROM THE UNITED STATES IN SUPPORT OF MOTION TO DISMISS INDICTMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's mail web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

//

NOTICE OF MANUAL FILING
*US v. Romero-Romero,* Case No. 07-711 MMC

1   This filing was not efiled for the following reason(s):

2   \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

3   \_\_\_\_\_ Unable to Scan Documents

4   \_\_\_\_\_ Physical Object (description): _____

5   \_\_x\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6   \_\_\_\_\_ Item Under Seal

7   \_\_\_\_\_ conformance with the Judicial Conference Privacy Policy (General Order 53).

8   \_\_\_\_\_ Other (description): _____

9   _____

11  Dated: June 11, 2008

12  Respectfully submitted,

13  BARRY J. PORTMAN
    Federal Public Defender

15  /s/

16  JODI LINKER
    Assistant Federal Public Defender
    Counsel for Romero-Romero

NOTICE OF MANUAL FILING
*US v. Romero-Romero,* Case No. 07-711 MMC          - 2 -