# Exhibit B

# U.S. v. Romero-Romero

# CR 07-0711 MMC

# EXHIBIT B FILED UNDER SEAL