# Exhibit D

## U.S. v. Romero-Romero

## CR 07-0711 MMC

# EXHIBIT D FILED UNDER SEAL