# Exhibit E

# U.S. v. Romero-Romero

# CR 07-0711 MMC

U. S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: **A041 715 825**
Case No: **FRE0307000101**

In the Matter of:

Respondent: **Oscar Ernesto ROMERO-Romero AKA: ROMERO, OSCAR ERNESTO** _____ currently residing at:

**IN SERVICE CUSTODY** _____
(Number, street, city state and ZIP code)                                    (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
1) You are not a citizen or national of the United States;

2) You are a native of EL SALVADOR and a citizen of EL SALVADOR;

3) You were admitted to the United States at Los Angeles, California on or about March 30, 1989 as a Lawful Permanent Resident;

4) You were, on March 6, 2002, convicted in the Superior Court of California, in and for the County of San Bernardino of Oral Copulation of A Person Under 18, in violation of Section 288A(B)(1) of the Penal Code of California.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(A) of the Act, a law relating to Murder, Rape or Sexual Abuse of a Minor.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____

(Complete Address of Immigration Court, Including Room Number, if any)
on **a date to be set**      at **a time to be set**   to show why you should not be removed from the United States based on the
   (Date)                         (Time)
charge(s) set forth above.

*Paul Leonardi*
PAUL LEONARDI
SUPERVISORY SPECIAL AGENT
(Signature and Title of Issuing Officer)

Date: **July 14, 2003**                    FRESNO, CALIFORNIA
                                           (City and State)                    USA-000264

See reverse for important information

EXH-1

Form I-862 (Rev. 3/22/99)N

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: FRE0307000101
File No. A041 715 825
Date: July 14, 2003

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

Oscar Ernesto ROMERO-Romero AKA: ROMERO, OSCAR ERNESTO
(Full name of alien)

an alien who entered the United States at or near Los Angeles, California on
(Port)

March 30, 1989 is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

*Paul Leonardi*
(Signature of authorized INS official)

PAUL LEONARDI
(Print name of official)

SUPERVISORY SPECIAL AGENT
(Title)

### Certificate of Service

Served by me at Los Angeles, ~~FRESNO, CALIFORNIA~~ on 8-20-3 at 1210.

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

(Signature of officer serving warrant)

SA.
(Title of officer serving warrant)

USA-000265

Form I-200 (Rev. 4-1-97)N