# Exhibit F

## U.S. v. Romero-Romero

## CR 07-0711 MMC

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
2001 SEASIDE AVENUE, ROOM 136
SAN PEDRO, CA 90731

*Operation Predator*

In the Matter of:                    Case No.: A41-715-825
ROMERO-ROMERO JR., OSCAR ERNEST
                                     IN REMOVAL PROCEEDINGS
RESPONDENT
              ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to EL SALVADOR on the charge(s) contained in the Notice to Appear.

If you fail to appear for removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of ten (10) years after the date you were required to appear for removal:

(1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
(2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
(3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

_Peters_
ROSE PETERS
Immigration Judge
Date: Jan 9, 2004

Appeal: WAIVED (A/I/B)
~~Appeal Due By: Feb 7, 2004~~   241(b)/CAT withdrawn

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)   PERSONAL SERVICE (P)
TO: [X] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [X] ~~INS~~ DHS
DATE: 1-9-04   BY: COURT STAFF _Brown_
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR - 4T (Removal Order)
CB1

USA-000015

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warrant of Removal/Deportation**

File No: A41 715 825

Date: JANUARY 14, 2004

**To any officer of the United States Immigration and Naturalization Service:**

Oscar Ernesto Romero Romero         AKA:   ROMERO-ROMERO JR., OSCAR ERNEST ,
_(Full name of alien)_

who entered the United States at _____LOS, CA_____ on _____MARCH 30, 1989_____
                                    (Place of entry)                (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation or removal proceedings
☐ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
SECTION: 237 (a)(2)(A)(iii)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

_____
(Signature of INS official)
ACTING DIRECTOR
(Title of INS official)
JANUARY 14, 2004
(Date and office location)

Form I-205 (Rev. 4-1-97) N

USA-000012

To be completed by Service officer executing the warrant:
Name of alien being removed:

ROMERO-ROMERO JR., OSCAR ERNEST

Port, date, and manner of removal:    CHANDLER ARIZONA
WILLIAMS GATEWAY AIRPORT
DATE FEB - 1 2004
VIA JPATS

Photograph of alien removed

Right index fingerprint of alien removed

(Signature of alien being fingerprinted)

LA 392 IEA

(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of INS official)

USA-000013

Form I-205 (Rev. 4-1-97) N

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warning to Alien Ordered Removed or Deported**

File No: A41 715 825

Date: JANUARY 14, 2004

Alien's full name: ROMERO-ROMERO JR., OSCAR ERNEST

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

For a period of 10 years from the date of your departure from the United States because you have been found:
☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☒ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_____ 351                    DETENTION OFFICER                    LOS
(Signature of officer serving warning)        (Title of Officer)                (Location of INS office)

Form I-294 (Rev. 6-1-97)N

USA-000014