# Exhibit G

## U.S. v. Romero-Romero

## CR 07-0711 MMC

BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROMERO-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ERNESTO ROMERO-ROMERO, JR.,<br><br>Defendant. | No. CR-07-711 MMC<br><br>**DECLARATION OF OSCAR ERNESTO ROMERO VENTURA** |

Oscar Ernesto Romero Ventura states as follows:

1. I am the father of the defendant in the above-captioned case. This declaration was composed with the assistance of my son's lawyer, Assistant Federal Public Defender Jodi Linker. This declaration does not necessarily include every detail that I remember. Rather, it includes those facts which Ms. Linker has advised me would be appropriate for inclusion.

2. My son Oscar Ernesto Romero-Romero, Jr. (hereinafter "Oscar") was born on May 11, 1980 in El Salvador. Oscar's mother is Sandra Evelyn Romero (hereinafter "Ms. Romero").

Decl. of Oscar Ernesto Romero Ventura
Case No. 07-711 MMC

3. I came to the United States in 1983 with Ms. Romero, Oscar, and his siblings.

4. Ms. Romero and I were married on February 8, 1987. Our marriage was extremely difficult from the start; we fought often.

5. Around 1991, I began having an affair with another woman, Ada del Carmen Torres (hereinafter "Ms. Torres"). On July 7, 1991, I was caught by border patrol agents trying to bring Ms. Torres into the United States. I was trying to bring her into this country because she was pregnant with our child and I wanted to live with her and our child in California.

6. I was arrested for my conduct and was then deported from the United States on May 14, 1992.

7. Ms. Torres remained in the United States and gave birth to our daughter Tanya Venerise Romero on September 10, 1991 in Los Angeles, California.

8. When I was caught with Ms. Torres, I informed Ms. Romero of my relationship with Ms. Torres and my desire to continue my relationship with Ms. Torres. I also informed Ms. Romero that Ms. Torres was pregnant with my child.

9. Ms. Romero was furious with me and told me that our marriage was over.

10. When I came back to the United States, I lived with Ada and our daughter Tanya for several years.

11. Even after Ms. Romero and I had separated, I continued to use the address where she and my children lived as my mailing address. I did so because, as a truck driver, I was often on the road and did not have a steady residence. I knew that I could always get my mail from my children. I did not, however, reside with my children and Ms. Romero at that address.

12. When my son was placed in immigration proceedings in 2003, no one ever asked me about my relationship with Ms. Romero or the status of our marriage. Had anyone asked, I would have told them that Ms. Romero and I had separated in 1992 when I

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the ____ of June, 2008, in _____ (location).

_____
OSCAR ERNESTO ROMERO VENTURA

INTERPRETER CERTIFICATION

I, _____, hereby certify that I am a certified Spanish interpreter and that I accurately translated this declaration to Oscar Ernesto Romero Ventura over the telephone, he told me that he understood it, and I believe his answer was true and correct.

Dated: _____   _____
                       Interpreter's signature

was deported. In addition, had anyone requested that I file something with a court to establish that we were separated in 1992, I would have done so.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the ___ of June, 2008, in _____ (location).

_____
OSCAR ERNESTO ROMERO VENTURA

### INTERPRETER CERTIFICATION

I, _Melinda Basker_, hereby certify that I am a certified Spanish interpreter and that I accurately translated this declaration to Oscar Ernesto Romero Ventura over the telephone, he told me that he understood it, and I believe his answer was true and correct.

Dated: 6/10/08          _melinda Basker_
                        Interpreter's signature

Decl. of Oscar Ernesto Romero Ventura
Case No. 07-711 MMC                    - 3 -