# Exhibit I

## U.S. v. Romero-Romero

## CR 07-0711 MMC

1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMERO-ROMERO
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   No. CR-07-711 MMC
                                    )
11                                  )   **DECLARATION OF OSCAR ERNESTO**
                Plaintiff,          )   **ROMERO-ROMERO, JR.**
12                                  )
        v.                          )
13                                  )
                                    )
14 OSCAR ERNESTO ROMERO-ROMERO,     )
   JR.,                             )
15                                  )
                                    )
16              Defendant.          )
                                    )
17 _____

18      Oscar Ernesto Romero-Romero, Jr. states as follows:

19      1.   I am the defendant in the above-captioned case. This declaration was composed with

20           the assistance of my lawyer, Assistant Federal Public Defender Jodi Linker. This

21           declaration does not necessarily include every detail that I remember. Rather, it

22           includes those facts which my attorney has advised me would be appropriate for

23           inclusion.

24      2.   When I was placed in immigration proceedings in 2003, my mother hired an attorney

25           to assist me in that matter. His name was Timothy Myers.

26      3.   Mr. Myers informed me that he filed an N-600 with the immigration service to certify

Decl. of Oscar Ernesto Romero-Romero, Jr.
Case No. 07-711 MMC

1  that I had derived citizenship from my mother and was a citizen of the United States.
2  I also heard him inform the Immigration Judge in my immigration proceedings that he
3  had filed an N-600 on my behalf.

4. Mr. Myers informed me that I had little chance of winning on my claim for asylum and/or withholding of removal at my 2003 deportation proceeding. However, he informed me that if I agreed to be deported the N-600 that he had filed on my behalf would still be valid and under consideration by the immigration service. He informed me that I could wait to learn the status of the N-600 after I had been deported, rather than wait in custody.

5. I believed Mr. Myers when he informed me and the immigration judge that he had filed the N-600. I also believed him when he informed me that my N-600 would still be under consideration after my deportation. I relied on that information when I agreed to be deported. I also relied on that information when I agreed to waive my rights to a hearing and to an appeal.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the 11 of June, 2008, in __Dublin CA__ (location).

_____
OSCAR ERNESTO ROMERO-ROMERO, JR.

Decl. of Oscar Ernesto Romero-Romero, Jr.
Case No. 07-711 MMC                    - 2 -