# Exhibit K
# Filed Manually

## U.S. v. Romero-Romero

## CR 07-0711 MMC