# Exhibit L-4.1

## U.S. v. Romero-Romero

## CR 07-0711 MMC

## Transcription of Immigration Hearing of Oscar Ernesto-Romero-Romero, Jr. November 14, 2003, Part I

IJ:   Immigration Judge
OR:  Oscar Ernesto Romero-Romero, Jr.
GA:  Government Attorney


IJ:   This is Immigration Judge Rose Peters conducting a removal hearing in San Pedro, California on November 14, 2003, in the matter of Oscar uhh, Romero-Romero, Jr., 41715825. On behalf of the respondent is no one. On behalf of the government is Mr. Donald Yu. The respondent is present. Good morning Sir, what is your true and complete name?

OR:   Oscar Ernest Romero Jr.

IJ:   Alright Sir, umm, its 9:35 in the morning and your attorney isn't here. We just received a telephone call from your attorney's office saying that he's now leaving Riverside. Do you know why he's late?

OR:   No Your Honor, I've been sitting in the cell all morning.

IJ:   So you haven't tried to telephone him?

OR:   I haven't had the opportunity, Your Honor.

IJ:   Now who's present in court with you today?

OR:   My mother and my older sister.

IJ:   And they are planning to be witnesses for you today?

OR:   I have no idea what my attorney is planning, Your Honor.

IJ:   And is there someone else coming today?

OR:   I wouldn't know.

IJ:   Did you want to ask... Oh who's this young lady that just walked in?

OR:   Umm, my older sister.

IJ:   Alright. Well Sir, umm, your attorney uh, probably won't get here for another hour so,

|   |   |
|---|---|
|   | we'll just have you, umm, sit down and wait and we'll call you when he gets here. Umm, we'll have to hear from him what the problem is. |
| OR: | Umm . . . |
| IJ: | Because this is a merits case, so I don't know why he's not here on time. |
| OR: | Right, umm, if it all please the court I'd like to go back up to the holding upstairs to housing because, umm, I'd have access to communication there, and I could possibly find out exactly what happened to my attorney. |
| IJ: | Uhh, that uhh, the officer is nodding affirmative that they can do that. Alright so we'll be in recess until your attorney gets here. |
| OR: | Yeah, that's fine. |
| IJ: | Hearing is in recess. |

End of Hearing.