1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMERO-ROMERO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              ) No. CR-07-711 MMC
                                            )
12 |             Plaintiff,                 ) ADMINISTRATIVE MOTION TO FILE
                                            ) EXHIBITS A-D TO THE JUNE 11, 2008
13 | v.                                     ) DECLARATION OF JODI LINKER UNDER
                                            ) SEAL
14 | OSCAR ERNESTO ROMERO-ROMERO,           )
     JR.,                                   )
15 |                                        )
                 Defendant.                 )
16 | _____)

17

18

19

20

21

22

23

24

25

26

Admin. Motion to Seal
*US v. Romero-Romero,* Case No. 07-711 MMC

1    On June 11, 2008, defendant Oscar Ernesto Romero-Romero, Jr. filed a Motion to Dismiss
2 and a Declaration of Jodi Linker (hereinafter "Linker Auth. Decl.") in support thereof.  Mr. Romero-
3 Romero respectfully moves the Court to file Exhibits A-D to the Linker Auth. Decl. under seal
4 because the documents contained in those exhibits were provided to the defendant under a Protective
5 Order, which was signed by the Court on June 11, 2008.  The materials covered by the Protective
6 Order include documents from the alien and nationality files (hereinafter "A-file") of defendant's
7 parents, Oscar Ernesto Romero Ventura (hereinafter "Mr. Ventura") and Sandra Evelyn Romero
8 (hereinafter "Ms. Romero").  Exhibits A-B to the June 11, 2008 Linker Authentication Declaration
9 contain documents from Mr. Ventura's A-file, and Exhibits C-D contain documents from Ms.
10 Romero's A-file. Pursuant to the Protective Order, defendant is required to request that any
11 documents from either of Mr. Romero-Romero's parents' A-files be under seal.
12    Accordingly, defendant request the Court to order that Exhibits A-D attached to the June 11,
13 2008 Linker Auth. Decl. be filed under seal.
14
15  Dated: June 19, 2008
16                                                              Respectfully submitted,
17                                                              BARRY J. PORTMAN
                                                                Federal Public Defender
18
                                                                      /S/
19
                                                                JODI LINKER
20                                                              Assistant Federal Public Defender
21
22
23
24
25
26

Admin. Motion to Seal
*US v. Romero-Romero,* Case No. 07-711 MMC         - 2 -