1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMERO-ROMERO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-07-711 MMC
                                     )
12                  Plaintiff,       )   [PROPOSED] ORDER TO SEAL
                                     )
13 v.                                )
                                     )
14 OSCAR ERNESTO ROMERO-ROMERO,      )
   JR.,                              )
15                                   )
                    Defendant.       )
16 _____   )

17

18

19

20

21

22

23

24

25

26

[Proposed] Order to Seal
*US v. Romero-Romero,* Case No. 07-711 MMC

1  Good cause appearing, IT IS HEREBY ORDERED THAT Exhibits A-D attached to the
2  Declaration of Jodi Linker in Support of Defendant's Motion to Dismiss filed June 11, 2008 in the
3  above-captioned matter be filed under seal.
4  IT IS SO ORDERED.
5
6  DATED:
7
   MAXINE M. CHESNEY
8  United States District Judge

[Proposed] Order to Seal
US v. Romero-Romero, Case No. 07-711 MMC          - 2 -