BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROMERO-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OSCAR ERNESTO ROMERO-ROMERO, JR.,<br><br>　　　　　　Defendant. | No. CR-07-711 MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE AND CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS |

On May 21, 2008, the Court held a status conference in the above-captioned case, at which time the Court set a briefing schedule and hearing date for defendant's motion to dismiss. Pursuant to that briefing schedule, defendant was required to file his motion on June 11, 2008, the government was to file its opposition on July 2, 2008, and defendant was to file his reply on July 16, 2008. The hearing on the motion was scheduled for July 30, 2008. As required, defendant timely filed his motion on June 11, 2008. Since setting the briefing schedule, however, defense counsel has learned that she is required to attend a trial training course in Macon, Georgia from July 13-July 26. Given counsel's unavailability during much of month of July, and particularly given that defense counsel will be away when defendant's reply is due, the

1 parties jointly request to amend the briefing schedule on the motion as follows: the government's
2 opposition must be filed no later than July 23, 2008 and defendant's reply must be filed no later
3 than August 13, 2008.  The parties jointly request that the hearing on the motion be continued to
4 August 27, 2008.
5     As the Motion has already been filed, time will be excluded under the Speedy Trial Act
6 through the conclusion of the hearing on the motion.  *See* 18 U.S.C. § 3161(h)(1)(F).
7     IT IS SO STIPULATED.

9 __6/26/08_____                    _____/S/_____
  DATED                                TAREK HELOU
10                                     Assistant United States Attorney

12
  __6/26/08_____                    _____/S/_____
13 DATED                               JODI LINKER
                                       Assistant Federal Public Defender

15    IT IS SO ORDERED.

17 _____                    _____
   DATED                                MAXINE M. CHESNEY
18                                      United States District Judge