1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMERO-ROMERO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-07-711 MMC
                                    )
12              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO AMEND BRIEFING
13 v.                               )   SCHEDULE AND CONTINUE HEARING
                                    )   ON DEFENDANT'S MOTION TO
14 OSCAR ERNESTO ROMERO-ROMERO,     )   DISMISS
   JR.,                             )
15                                  )
                Defendant.           )
16                                  )
   _____  )
17

18      On May 21, 2008, the Court held a status conference in the above-captioned case, at

19 which time the Court set a briefing schedule and hearing date for defendant's motion to dismiss.

20 Pursuant to that briefing schedule, defendant was required to file his motion on June 11, 2008,

21 the government was to file its opposition on July 2, 2008, and defendant was to file his reply on

22 July 16, 2008. The hearing on the motion was scheduled for July 30, 2008. As required,

23 defendant timely filed his motion on June 11, 2008. Since setting the briefing schedule,

24 however, defense counsel has learned that she is required to attend a trial training course in

25 Macon, Georgia from July 13-July 26. Given counsel's unavailability during much of month of

26 July, and particularly given that defense counsel will be away when defendant's reply is due, the

Stip. & [Proposed] to Amend Briefing Schedule;
*U.S. v. Romero-Romero*, CR 07-711 MMC            1

1  parties jointly request to amend the briefing schedule on the motion as follows: the government's
2  opposition must be filed no later than July 23, 2008 and defendant's reply must be filed no later
3  than August 13, 2008.  The parties jointly request that the hearing on the motion be continued to
4  August 27, 2008.
5       As the Motion has already been filed, time will be excluded under the Speedy Trial Act
6  through the conclusion of the hearing on the motion.  See 18 U.S.C. § 3161(h)(1)(F).
7       IT IS SO STIPULATED.

9  __6/26/08_____                    _____/S/_____
   DATED                                TAREK HELOU
10                                      Assistant United States Attorney

12
13 __6/26/08_____                    _____/S/_____
   DATED                                JODI LINKER
                                        Assistant Federal Public Defender
14

15     IT IS SO ORDERED.

17 _June 27, 2008_____               _____
   DATED                                MAXINE M. CHESNEY
18                                      United States District Judge

Stip. & [Proposed] to Amend Briefing Schedule;
*U.S. v. Romero-Romero*, CR 07-711 MMC         2