1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 436-7071
8       Facsimile:     (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,              ) CR No. 07-0711 MMC
                                            )
17 |        Plaintiff,                      ) **DECLARATION OF TAREK J. HELOU IN**
                                            ) **SUPPORT OF PROPOSED ORDER**
18 |   v.                                   ) **SEALING DOCUMENTS FILED IN**
                                            ) **SUPPORT OF DEFENDANT'S MOTION**
19 | OSCAR ROMERO-ROMERO, JR.,              ) **TO DISMISS THE INDICTMENT**
                                            )
20 |        Defendant.                      ) Hearing Date: August 27, 2008
                                            ) Time:         2:30 p.m.
21 | _____) Judge:        The Hon. Maxine M. Chesney

22

23

24

25

26

27

28

HELOU DECL. SUPP. PROPOSED ORDER SEAL DOCUMENTS
CR 07-0711 SI                                                                      1

I, Tarek J. Helou, declare as follows:

1.     I am an Assistant United States Attorney in the Northern District of California. I am counsel of record for the United States in the above-captioned case, *United States v. Oscar Romero-Romero, Jr.*, case number CR-07-711 (MMC).

2.     On June 11, 2008, the defendant filed his Motion to Dismiss the Indictment. The defendant filed several exhibits supporting his motion; four of them under seal. (*See* Decl. Jodi Linker Supp. Mot. Dismiss, Exs. A-D (the "Sealed Exhibits").) The defendant filed the Sealed Exhibits under seal because the Court issued a protective order requiring that certain documents ("Confidential Documents"), including the Sealed Exhibits, be filed under seal if the parties used them during this litigation. (*Id.*, ¶ 3; June 11, 2008 Prot. Order (docket entry # 19).)

3.     The parties had jointly requested a protective order governing use of the Confidential Documents after the government objected to public disclosure of them because they contained confidential information about individuals other than the defendant. (*See* June 10, 2008 Stip. & [PROPOSED] Prot. Order (docket entry # 18).)

4.     Although the government produced the Confidential Documents to the defendant during this litigation, the government wanted to ensure that the Confidential Documents were not filed publicly because they are the A-Files of the defendants' parents. The Confidential Documents, including the Sealed Exhibits, contain personal, confidential information about people who are not parties to this litigation, as described below. Therefore, there is no public interest in disclosure of any information in those documents, but the individuals whose A-Files constitute the Confidential Documents have a strong interest in keeping those personal, confidential documents out of the public record.

5.     Exhibit A to the Linker Declaration is a document from the A-File of Oscar Romero-Ventura, the defendant's father. Oscar Romero-Ventura's A-File is a government file that is not publicly available. Oscar Romero-Ventura is not a party to this litigation. Exhibit A to the Linker Declaration is a government document that is not publicly available because it contains personal, confidential information related to Oscar Romero-Ventura's immigration status.

6. Exhibit B to the Linker Declaration is another document from Oscar Romero-Ventura's A-File. It, too, is a government document that is not publicly available because it contains personal, confidential information related to Oscar Romero-Ventura's immigration status.

7. Exhibit C to the Linker Declaration is a document from the A-File of Sandra Romero, the defendant's mother. Sandra Romero's A-File is a government file that is not publicly available. Sandra Romero is not a party to this litigation. Exhibit C to the Linker Declaration is a government document that is not publicly available because it contains personal, confidential information related to Sandra Romero's immigration status. It also contains the personal, confidential information of several other people who are not parties to this litigation.

8. Exhibit D to the Linker Declaration is another document from Sandra Romero's A-File. It is a private, confidential document that is not publicly available. It, too, is a government document that is not publicly available because it contains personal, confidential information related to Sandra Romero's immigration and naturalization status.

I declare under penalty of perjury that the foregoing is true and correct. Sworn June 30, 2008 at San Francisco, California.

                                                                    /s/
                                          TAREK J. HELOU