UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-711 MMC |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER SEALING** |
| ) | **DOCUMENTS UNDER CRIM. L.R. 55-1(b)** |
| v. ) | **AND CIVIL L.R. 79-5(d)** |
| ) | |
| OSCAR E. ROMERO-ROMERO, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On June 26, 2008, the defendant filed an Administrative Motion to File Under Seal Exhibits A-D to the Declaration of Jodi Linker Supporting Defendant's Motion to Dismiss. The Court had issued a protective order governing use of certain documents, including Exs. A-D, in this case. Under the terms of the protective order, Exs. A-D were to be filed under seal.

One June 30, 2008, the plaintiff filed a declaration supporting its claim that Exs. A-D should be kept out of the public record. The plaintiff stated several facts warranting filing of those documents under seal.

1     Specifically, the plaintiff's declaration stated that Exs. A-B are from the A-File of the defendant's father, who is not a party in this case. (Decl. Tarek J. Helou Supp. Proposed Order Sealing Documents Filed Supp. Def's Mot. Dismiss, ¶¶ 4-6.) Additionally, those documents contain personal, confidential information related to the defendant's father, and are not publicly available. (*Id.*)

    The plaintiff's declaration also stated that Exs. C-D are from the A-File of the defendant's mother, who is not a party in this case. (Decl. Tarek J. Helou Supp. Def's Mot. Seal., ¶¶ 4, 7-8.) Exhibits C-D contain personal, confidential information related to the defendant's mother, and are not publicly available. (*Id.*) Exhibit C also contains personal, confidential information related to several other people who are not parties to this case. (*Id.*, ¶ 7.)

    In light of the above facts, it is HEREBY ORDERED, that Exs. A-D to the Declaration of Jodi Linker in Support of the Defendant's Motion to Dismiss be filed under seal and kept from the public record. This Order is narrowly tailored, as required by Civil L.R. 79-5(d), because it keeps from the public record only those documents that contain personal, confidential information related to non-parties. Additionally, the documents that are being kept from the public record are not publicly available.

SO ORDERED.

DATED:_____      _____
                                         THE HONORABLE MAXINE M. CHESNEY
                                         United States District Judge