IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-07-0711 MMC |
| Plaintiff | |
| v. | **ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| OSCAR ERNESTO ROMERO-ROMERO, JR., | |
| Defendant | |

On June 25, 2008, the Court deferred ruling, in part, on defendant's administrative motion to file documents under seal, specifically, with respect to Exhibits A through D to the "Declaration of Jodi Linker Authenticating Documents Received in Discovery from the United States in Support of [Defendant's] Motion to Dismiss Indictment," which Exhibits were designated as confidential by plaintiff. The Court afforded plaintiff the opportunity to either file a declaration "establishing that the designated information is sealable" or "withdraw the designation of confidentiality." See Civil L.R. 79-5(d); see also Protective Order, filed June 11, 2008 (adopting parties' stipulation as to protective order "with the exception that . . . no document may be filed under seal except pursuant to a Court Order").

On June 30, 2008, plaintiff filed the declaration of Assistant United States Attorney Tarek J. Helou, in which plaintiffs request Exhibits A through D be filed under seal for the

reason that each such exhibit is a government document "that is not publicly available," (see Decl. of Tarek J. Helou in Support of Proposed Order Sealing Documents ¶¶ 5-8), and each "contain[s] personal, confidential information about people who are not parties to this litigation," (see id. ¶ 4), in particular, confidential information concerning the immigration status of defendant's mother and father, (see id. ¶¶ 5-8).

Good cause appearing, defendant's administrative motion is hereby GRANTED in part and the Clerk is directed to file under seal Exhibits A through D to the "Declaration of Jodi Linker Authenticating Documents Received in Discovery from the United States in Support of [Defendant's] Motion to Dismiss Indictment."

**IT IS SO ORDERED.**

Dated: July 1, 2008

MAXINE M. CHESNEY
United States District Judge

2