1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

5 | TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7071
Facsimile:  (415) 436-7234
Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-711 MMC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| OSCAR E. ROMERO-ROMERO, JR., | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//
//
//
//
//
//

NOTICE OF DISMISSAL
CR 07-711 MMC

1  United States Attorney for the Northern District of California dismisses the above indictment
2  without prejudice.
3
4  DATED: July 16, 2008                         Respectfully submitted,
5                                               JOSEPH P. RUSSONIELLO
6                                               United States Attorney
7
8                                               /S/ Brian J. Stretch
                                                BRIAN J. STRETCH
9                                               Chief, Criminal Division
10
11     Leave is granted to the government to dismiss the indictment without prejudice.
12
13  Date: _____
14                                               HON. MAXINE M. CHESNEY
                                                 United States District Judge

NOTICE OF DISMISSAL (CR 8-061 WHA )
2