JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7071
    Facsimile:  (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-711 MMC |
|     Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL ;** |
| v. | ) | **ORDER THEREON** |
| | ) | |
| OSCAR E. ROMERO-ROMERO, JR., | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//

//

//

//

//

//

NOTICE OF DISMISSAL
CR 07-711 MMC

United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: July 16, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


/S/ Brian J. Stretch
BRIAN J. STRETCH
Chief, Criminal Division


Leave is granted to the government to dismiss the indictment without prejudice.

Date: July 17, 2008

HON. MAXINE M. CHESNEY
United States District Judge

NOTICE OF DISMISSAL (CR 8-061 WHA)

2