IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-711 MMC |
| ) Plaintiff, ) | [PROPOSED] ORDER OF RELEASE |
| ) v. ) | |
| ) OSCAR ERNESTO ROMERO-ROMERO, ) JR., ) ) Defendant. ) _____ ) | |

The Court has dismissed the one-count indictment against defendant Oscar Ernesto Romero-Romero, Jr. Accordingly, IT IS HEREBY ORDERED that Defendant Romero-Romero be released from United States Marshal custody.

DATED:

_____
MAXINE M. CHESNEY
United States District Judge

[Proposed] Order of Release
*US v. Romero-Romero,* Case No. 07-711 MMC