IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OSCAR ERNESTO ROMERO-ROMERO, )<br>JR., )<br>)<br>Defendant. )<br>_____ ) | No. CR-07-711 MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF DEFENDANT. |

The Court has dismissed the one-count indictment against defendant Oscar Ernesto Romero-Romero, Jr. Accordingly, the parties hereby stipulate that Defendant Romero-Romero be released from United States Marshal custody today, July 17, 2008.

IT IS SO STIPULATED.

DATED: July 17, 2008

                                                               /s
                                          JODI LINKER
                                          Assistant Federal Public Defender
                                          Counsel for Oscar Romero-Romero, Jr.

*US v. Romero-Romero,* CR 07-711 MMC
Stipulation and Order for Release of Defendant

DATED: July 17, 2008

                                             /s/
                                 TAREK J. HELOU
                                 Assistant United States Attorney

**[PROPOSED ORDER]**

This Court has dismissed the one-count indictment against defendant Oscar Ernesto Romero-Romero, Jr. Accordingly, IT IS HEREBY ORDERED that Defendant Romero-Romero be released from United States Marshal custody today, July 17, 2008.

DATED: _____

                                 HON. MAXINE M. CHESNEY
                                 United States District Judge

*US v. Romero-Romero,* CR 07-711 MMC
Stipulation and Order for Release of Defendant