IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OSCAR ERNESTO ROMERO-ROMERO, JR.,<br><br>　　　　Defendant. | No. CR-07-711 MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF DEFENDANT. |

　　The Court has dismissed the one-count indictment against defendant Oscar Ernesto Romero-Romero, Jr. Accordingly, the parties hereby stipulate that Defendant Romero-Romero be released from United States Marshal custody today, July 17, 2008.

IT IS SO STIPULATED.

DATED: July 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　JODI LINKER
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Oscar Romero-Romero, Jr.

*US v. Romero-Romero,* CR 07-711 MMC
Stipulation and Order for Release of Defendant

DATED: July 17, 2008

                                           /s/
                               TAREK J. HELOU
                               Assistant United States Attorney

## [PROPOSED] ORDER

This Court has dismissed the one-count indictment against defendant Oscar Ernesto Romero-Romero, Jr.  Accordingly, IT IS HEREBY ORDERED that Defendant Romero-Romero be released from United States Marshal custody today, July 17, 2008.

DATED: July 17, 2008

                             HON. MAXINE M. CHESNEY
                             United States District Judge

*US v. Romero-Romero,* CR 07-711 MMC
Stipulation and Order for Release of Defendant

- 2 -